**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**


**MARY C. HARRINGTON,**                    CASE NO. 3:25 CV 1412

     Plaintiff,

     v.                                          JUDGE JAMES R. KNEPP II

**COMMISSIONER OF SOCIAL SECURITY,**

     Defendant.                          **MEMORANDUM OPINION AND
ORDER**


Plaintiff Mary C. Harrington seeks judicial review of an adverse social security decision under 42 U.S.C. § 405(g). This case was referred to Magistrate Judge Carmen E. Henderson for a Report and Recommendation ("R&R") under Local Civil Rule 72.2(b)(1). The Commissioner filed a Motion to Remand (Doc. 11), which Judge Henderson recommends this Court grant (Doc. 14). Specifically, Judge Henderson recommends the Court reverse the Commissioner's decision "based on the ALJ's failure to consider Plaintiff's chronic vomiting and fibromyalgia and [to] comply with the treating source rule," and remand the case for further proceedings pursuant to Sentence Four of § 405(g). (Doc. 14, at 9).

Under the relevant statute:

> Within fourteen days after being served with a copy [of a Magistrate Judge's R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any

issues covered in the R&R. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984) (citing *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981)).

In this case, the fourteen-day time period has passed and no objections have been filed.

Despite the lack of objections, the Court has reviewed Judge Henderson's R&R and agrees with the findings and recommendation therein. Therefore, the Court ADOPTS Judge Henderson's R&R (Doc. 14) as the Order of this Court and REVERSES and REMANDS the Commissioner's final decision as set forth therein.

IT IS SO ORDERED.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: March 20, 2026